Ernest CARUTHERS, Appellant,

v.

STATE of Missouri, Respondent.

No. 65685.

Missouri Court of Appeals,
Eastern District,
Division Five.

Nov. 22, 1994.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 3, 1995.

Application to Transfer Denied
Feb. 21, 1995.

David C. Hemingway, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John R. Watson, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, C.J., and CARL R. GAERTNER, and REINHARD, JJ.

*ORDER*

PER CURIAM.

Movant appeals the denial of his Rule 24.035 motion for postconviction relief which was denied without an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).